IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JUAN MANUEL REYES, JR.,** | 08-CV-766-JE |
| Petitioner, | JUDGMENT |
| v. | |
| **SHARON BLACKLETTER,** | |
| Respondent. | |

Based on the Court's Order (# 58 ) issued on December 16, 2010, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 16th day of December, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT